# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

| | |
|---|---|
| **BURNELL LAFRANCE** | **CIVIL CASE NO. 6:24-CV-01302** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **MERCHANT SECURITY SERVICE ET AL** | **MAGISTRATE JUDGE DAVID J. AYO** |

## JUDGMENT

Before this Court is a MOTION TO DISMISS filed by defendant Dixie RV Superstores of Acadiana, LLC ("Dixie") and a MOTION TO DISMISS filed by defendant Merchant Security Service, Inc. ("Merchant"). [Docs. 10, 14]. These motions were referred to United States Magistrate Judge David J. Ayo for report and recommendation. After an independent review of the record, noting the absence of objections filed, this Court concludes that the Magistrate Judge's REPORT AND RECOMMENDATION [Doc. 17] is correct and adopts the findings and conclusions therein as its own. Accordingly, it is hereby

ORDERED, ADJUDGED, AND DECREED that, consistent with the REPORT AND RECOMMENDATION, Dixie's MOTION TO DISMISS and Merchant's MOTION TO DISMISS are GRANTED in part, such that Plaintiff's suit is DISMISSED without prejudice in its entirety for want of jurisdiction pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure.

IT IS FURTHER ORDERED that these motions are DENIED in part as MOOT in all other respects.

THUS DONE AND SIGNED in Chambers on this 8th day of October, 2025.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE